IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | No. 06- 82M |
| RUTH C. FALLIS, | : | |
| Defendant. | : | |

## MOTION AND ORDER TO SEAL

**NOW COMES** the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Beth Moskow-Schnoll, Assistant United States Attorney, and hereby moves this Honorable Court to seal the Criminal Complaint and attached Affidavit, Arrest Warrant, this Motion and Order to Seal, and the related file in the above-captioned case, as the defendant has not yet been apprehended.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: *[signature]*
Beth Moskow-Schnoll
Assistant United States Attorney

Dated: July 5, 2006

**AND NOW** this 5th day of July, 2006, based upon the foregoing Motion, **IT IS ORDERED** that the Criminal Complaint and attached Affidavit, Arrest Warrant, Motion and Order to Seal, and the related file in the above-captioned case be **SEALED** until further Order of the Court.

*[signature]*
Honorable Kent A. Jordan
United States District Judge
District of Delaware

FILED
JUL 5 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE