OFFICE OF THE CLERK
### UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170



July 7, 2006

2006 JUL -7 PM 2: 04
FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**UNITED STATES OF AMERICA**

        **v.**                    **MAGISTRATE NO. 06-82M-MPT**
**Ruth C. Fallis**

I hereby acknowledge receipt of the following

documents: U.S. Passport No. 095035853 issued on
March 16, 2000. Expiration date March 12, 2001
to above defendant.



F I L E D

JUL 7 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

7-7-2006
_____
**DATE**

_Donna M. Seninger_
_____
**DEPUTY CLERK**