IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>RUTH C. FALLIS,<br><br>    Defendant. | :<br>:<br>:<br>:<br>:  No. 06-82M<br>:<br>:<br>:<br>: |

### MOTION AND ORDER TO UNSEAL

**NOW COMES** the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Beth Moskow-Schnoll, Assistant United States Attorney, and hereby moves this Honorable Court to unseal the Criminal Complaint and attached Affidavit, Arrest Warrant, the Motion and Order to Seal, this Motion and Order to Unseal, and the related file in the above-captioned case, as the defendant has been apprehended.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: _____
Beth Moskow-Schnoll
Assistant United States Attorney

Dated: July 10, 2006

**AND NOW** this 10th day of July, 2006, based upon the foregoing Motion, **IT IS ORDERED** that the Criminal Complaint and attached Affidavit, Arrest Warrant, Motion and Order to Seal, Motion and Order to Unseal, and the related file in the above-captioned case be **UNSEALED**.

_____
Honorable Kent A. Jordan
United States District Judge
District of Delaware

FILED
JUL 10 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE