# OBERLY, JENNINGS & RHODUNDA, P.A.

1220 Market Street – Suite 710
P. O. Box 2054
Wilmington, Delaware 19899

Charles M. Oberly, III
Kathleen M. Jennings
William J. Rhodunda, Jr.
-----------
Karen V. Sullivan

(302) 576-2000
Fax (302) 576-2004
E.I.No. 51-0364261
Writer's e-mail kjennings@ojlaw.com

July 13, 2006

Keith Kincaid
Court Room Deputy to Judge Thynge
U.S. District Court
844 North King Street
Wilmington, DE 19801

    Re:    <u>USA v. Ruth C. Fallis; Case No. 03-82M</u>

Dear Mr. Kincaid:

I represent Ruth Fallis in the above-referenced matter. She will be waiving her preliminary hearing. I write to request that you forward me any pertinent forms requiring our signatures.

Thank you for you assistance.

Very truly yours,

KATHLEEN M. JENNINGS

KMJ/all
cc:    Beth Moskow-Schnoll

FILED
JUN 1 4 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE