AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF **DELAWARE**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>RUTH C. FALLIS<br><br>Hockessin, DE 19707<br>(Name and Address of Defendant) | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number: CR 06-84-~~UNA~~ KAJ<br><br>REDACTED |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>**J. Caleb Boggs Federal Building**<br>**844 North King Street**<br>**Wilmiugton, Delaware 19801** | Room<br>**Magistrate Ctrm # 6C, 6th Floor** |
|---|---|
| | Date and Time<br>8/17/06 at 1:00 pm |
| Before:   **Honorable Mary Pat Thynge, U.S. Magistrate Judge** | |

( FOR ARRAIGNMENT )

To answer a(n)
- [x] Indictment
- [ ] Information
- [ ] Complaint
- [x] Violation Notice
- [ ] Probation Violation Petition

Charging you with a violation of Title __18__ United States Code, Section(s) __1344__

Brief description of offense:

BANK FRAUD - ( COUNT ONE );
INTERSTATE TRANSPORTATION OF STOLEN SECURITIES - ( COUNTS TWO THRU FORTY NINE );
WIRE FRAUD - ( COUNTS FIFTY THRU FIFTY TWO )
NOTICE OF FORFEITURE

*[FILED stamp: 2006 AUG 16 AM 9:38 CLERK U.S. DISTRICT COURT DISTRICT OF DELAWARE]*

BY: _/s/_ ; Deputy Clerk         August 8, 2006 at Wilmington, DE
Signature of Issuing Officer                                    Date

Peter T. Dalleo; Clerk of Court
Name and Title of Issuing Officer

AO83 (Rev. 12/85) Summons in a Criminal Case

| RETURN OF SERVICE |
|---|
| Date<br>Service was made by me |
| Check one box below to indicate appropriate method of service |

☒ Served personally upon the defendant at: _____

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned  8-14-06                         Dw Thomas
          Date                            Name of United States Marshal

                                          _____
                                          (by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.



Home | Help

Track & Confirm

# Track & Confirm

### Search Results

Label/Receipt Number: **7004 1160 0006 7939 9026**
Status: **Delivered**

Your item was delivered at 11:09 am on August 09, 2006 in HOCKESSIN, DE 19707.

**Track & Confirm**

Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. ( Go > )



POSTAL INSPECTORS      site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust               Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy

