AO 442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

RUTH FALLIS

**WARRANT FOR ARREST**

REDACTED

CASE NUMBER: 06- 82 M

CR06-84 - KAJ.

SEALED UNSEALED 7/10/06 KJK



To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **RUTH FALLIS** when and as stated in the Criminal Complaint and Affidavit which are incorporated herein by reference and bring her to the nearest magistrate to answer a(n)

__ Indictment  __ Information  _X_ Complaint  __ Order of court  __ Violation Notice  __ Probation Violation Petition

charging her with (brief description of offense)

causing the interstate transportation of stolen/fraudulent securities and with, having devised a scheme to defraud, making interstate telephone calls to the IRS in execution of the fraud

in violation of Title __18__ United States Code, Section (s) __2314 and 1343.__

Honorable Kent A. Jordan
Name of Issuing Officer

[signature]
Signature of Issuing Officer

Bail fixed at $ _____

United States District Judge
District of Delaware
Title of Issuing Officer

July 5, 2006   Wilmington, DE
Date and Location

by _____
Name of Judicial Officer

FILED
AUG 23 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____
Hockessin, DE 19707

| DATE RECEIVED 7/5/06 | NAME AND TITLE OF ARRESTING OFFICER John C. Davies Jr. Special Agent | SIGNATURE OF ARRESTING OFFICER [signature] |
| DATE OF ARREST 7/7/06 | | |

AO 442 (Rev. 12/85) Warrant for Arrest