IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Criminal Action No. 06-84-KAJ |
| RUTH C. FALLIS, | ) ) ) |
| Defendant. | ) |

## ORDER

WHEREAS, the above named Defendant having entered a plea of not guilty to the charges pending against her in this Court;

WHEREAS, to date, pretrial motions have not been filed;

IT IS HEREBY ORDERED that a conference pursuant to Federal Rule of Criminal Procedure 17.1 will be held in chambers on **October 18, 2006, at 3:00 p.m.** Because this conference is intended for scheduling only, the appearance of Defendant is not required by the Court.

_____
UNITED STATES DISTRICT JUDGE

October 13, 2006
Wilmington, Delaware