IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 06-84-KAJ |
| ) | |
| RUTH C. FALLIS, ) | |
| ) | |
| Defendant. ) | |

**SCHEDULING ORDER**

The above named defendant having entered a plea of not guilty to the charges pending in this case, and it therefore being necessary to bring the case promptly to trial, and the Court having met with counsel, IT IS HEREBY ORDERED that:

1. No later than **December 1, 2006**, the defendant shall file any pretrial motions with Opening Brief. No later than **December 15, 2006,** the government shall file its Answering Brief. No later than **December 22, 2006**, defendant shall file her Reply Brief. Absent good cause, no extensions to this schedule will be given.

2. The Court will hold a pretrial conference in chambers on **January 29, 2007 at 4:30 p.m**. Counsel for the parties shall consult in an attempt to agree upon appropriate jury instructions and special voir dire questions for the jury panel. No later than **one week prior to the pretrial conference**, counsel for the government shall submit an agreed upon set of jury instructions which also reflects any areas of disagreement between the parties, with supporting authorities and objections. The same submission should contain any proposed special voir dire of the jury panel. That submission shall be accompanied by a computer diskette (in WordPerfect format) which contains a copy of the proposed jury

instructions and proposed special voir dire. Any motions *in limine* shall be submitted in a manner so that briefing on them is completed on the day that the joint set of jury instructions and proposed voir dire is due.

3.  Pursuant to Rule 11(e)(5) of the Federal Rules of Criminal Procedure, any guilty plea, except a plea to all counts of the indictment or information, shall be noticed on or before the date of the pretrial conference.

4.  An 8 day Jury Trial is scheduled to commence on **February 5, 2007,** beginning at 9:30 a.m. in Courtroom 6A on the 6th floor of the J. Caleb Boggs Federal Building located in Wilmington, Delaware. Counsel shall arrive in the courtroom at **9:15 a.m.**, so that the Court may address any remaining pretrial issues. Except for the first day of trial, trial shall commence each day at 9:00 a.m.

5.  Pursuant to 18 U.S.C. § 3161(h)(8)(A), and based on the facts presented by the parties, the ends of justice served outweigh the best interest of the public and the defendant in a holding trial before February 5, 2007. Nevertheless, THE FOREGOING SCHEDULE IS CONTINGENT UPON RECEIPT BY THE COURT OF A SPEEDY TRIAL ACT WAIVER SIGNED BY DEFENDANT, which shall be filed on or before October 27, 2006.

_____
UNITED STATES DISTRICT JUDGE

October 19, 2006
Wilmington, Delaware