EUGENE J. MAURER, JR., P.A.
ATTORNEYS AT LAW
1201-A KING STREET
WILMINGTON, DELAWARE 19801

(302) 652-7900
FAX (302) 652-2173
EMAIL emaurerl@verizon.net

October 30, 2006

The Honorable Kent A. Jordan
United States District Court
844 King Street
Lock Box 10
Wilmington, DE 19801

    Re:    **United States v. Ruth C. Fallis**
              **Criminal Action No. 06-84**

Dear Judge Jordan:

    Enclosed please find a courtesy copy of a Waiver of Speedy Trial in the above. The original was filed with the clerk's office on this date.

                                        Respectfully yours,

                                        Eugene J. Maurer, Jr.

cc:    Beth E. Moskow-Schnoll, Esquire