IN THE UNITED STATES DISCTICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Criminal Action No. 06-84 |
| | ) | |
| RUTH C. FALLIS, | ) | |
| | ) | |
| Defendant | ) | |

## WAIVER OF SPEEDY TRIAL

Defendant hereby waives any rights to which she is entitled under the Speedy Trial Act or under the Speedy Trial clause of the United States Constitution.

_____
EUGENE J. MAURER, JR.
1201-A King Street
Wilmington, DE 19801
Attorney for Defendant


_____
RUTH C. FALLIS, DEFENDANT