IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 06-84 GMS |
| | : |
| RUTH C. FALLIS | : |
| | : |

**NOTICE OF SCHEDULING**

IT IS HEREBY ORDERED that a telephone conference regarding the above-captioned defendant is scheduled for **Thursday, January 11, 2007, at 11:00 AM** before the Honorable Gregory M. Sleet, United States District Judge. Counsel for the government is directed to arrange and initiate the conference call.

/s/ Gregory M. Sleet
UNITED STATES DISTRICT JUDGE

January 8, 2007