IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal No. 06-84 GMS |
| | ) | |
| RUTH C. FALLIS, | ) | |
| | ) | |
| Defendant. | ) | |

## AMENDED SCHEDULING ORDER

A telephone conference was held in the above-captioned case on January 11, 2007. Counsel requested a continuance of the current pretrial conference and trial dates, which the court granted.

Therefore, IT IS HEREBY ORDERED THAT:

1. The court will hold a pre-trial conference in chambers on **May 2, 2007, at 9:00 a.m.** Pretrial documents, including motions in limine, proposed jury instructions, and voir dire, shall be filed no later than **April 2, 2007**.

2. Pursuant to Rule 11(e)(5) of the Federal Rules of Criminal Procedure, any guilty plea (except to all counts of the indictment or information) will be noticed on or before the date of the pre-trial conference. The guilty plea will be entered on or before the day trial is set to commence.

3. The eight-day, jury trial in this matter is scheduled to commence on **Monday, May 7, 2007, at 9:00 a.m.**, in Courtroom 4A on the fourth floor of the J. Caleb Boggs Federal Building located in Wilmington, Delaware. Counsel will arrive at chambers at **8:30 a.m.**

Dated: January 11, 2007



FILED
JAN 11 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

_____
UNITED STATES DISTRICT JUDGE