



**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

---

*Nemours Building*
*1007 N. Orange Street, Suite 700*
*P.O. Box 2046*
*Wilmington, Delaware 19899-2046*

*(302) 573-6277*
*FAX (302) 573-6220*

March 7, 2007

The Honorable Gregory M. Sleet
U.S. District Judge
U.S. District Court
844 King Street
Wilmington, DE 19801

      Re:    United States v. Ruth C. Fallis
                Criminal Action No. 06-84-GMS

Dear Judge Sleet:

      Eugene J. Maurer, Jr., counsel for the defendant, has informed me that the defendant intends to enter a guilty plea. Therefore, the parties respectfully request that the Court schedule a change of plea hearing.

                                          Respectfully submitted,

                                          COLM F. CONNOLLY
                                          United States Attorney

                                BY: /s/ Beth Moskow-Schnoll
                                          Beth Moskow-Schnoll
                                          Assistant United States Attorney

pc:  Eugene J. Maurer, Jr., Esquire