EUGENE J. MAURER, JR., P.A.
ATTORNEYS AT LAW
1201-A KING STREET
WILMINGTON, DELAWARE 19801

(302) 652-7900
FAX (302) 652-2173
EMAIL emaurer1@verizon.net

March 30, 2007

The Honorable Gregory M. Sleet
United States District Court Judge
844 N. King Street, Lock Box 19
Wilmington, DE 19801

                **Re: United States of America v. Ruth Fallis**
                    **C.A. No. 06-84 GMS**

Dear Judge Sleet:

    After Your Honor left the bench upon concluding the plea colloquy in the above, I indicated to your secretary that I was asking that the sentencing be moved to sometime after July 11 due to some extraordinary family responsibilities which my client has. Specifically, she is taking care of an elderly infirm parent and that individual's caregiver is going to be out of town for two weeks beginning in late June and ending in early July. Since both my client and I anticipate that a period of incarceration is going to be imposed, we are hoping the Court will allow sentencing at a somewhat later time to accommodate these needs. We did speak with Ms. Moscow-Schnoll who indicated that she would not oppose such a short extension.

    Thank you for your consideration.

                                                  Respectfully yours,

                                                  Eugene J. Maurer, Jr.

EJF, Jr./sam

Cc: Beth Moscow-Schnoll, Esq.
     Ruth Fallis