

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2007 JUL -5 PM 3: 53

EUGENE J. MAURER, JR., P.A.
ATTORNEYS AT LAW
1201-A KING STREET
WILMINGTON, DELAWARE 19801

(302) 652-7900
FAX (302) 652-2173
EMAIL emaurerl@verizon.net

July 5, 2007

The Honorable Gregory M. Sleet
United States District Court Judge
844 N. King Street, Lock Box 19
Wilmington, DE 19801

**Re: United States of America v. Ruth Fallis**
**Docket No. 01:06CR00084-001 (GMS)**

Dear Judge Sleet:

    I have, over the Holiday, had an opportunity to review the Presentence Investigative Report in the above. At the time of the entry of the guilty plea, my client agreed to a loss figure in an amount of $1 million plus. The Presentence Report finds that the victim in this case suffered a loss in excess of $2.5 million.

    I have not had an opportunity to review the documentation which would support the increased loss and, arguably, could support an upward departure on Your Honor's behalf. Further, the loss figure as submitted in the Presentence Report represents facts not found by a jury or agreed to by the defense which could cause potential complications insofar as the sentencing is concerned.

    Sentencing in the above has been set for July 24, 2007, and I do not believe that date is realistic given the legal issues which have been created by the Presentence Report. I am requesting a continuance of the matter, so that I can explore the issues raised by the Report.

    Thank you for your consideration.

Respectfuly yours,

Eugene J. Maurer, Jr.

EJM:bap

cc: Beth E. Moskow-Schnoll, Esquire