IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA      :

       :

     v.          : Criminal No. 06-84 GMS

       :

RUTH C. FALLIS         :

       :

**NOTICE OF RESCHEDULING**

IT IS HEREBY ORDERED that the sentencing hearing regarding the above-captioned defendant is rescheduled to **Wednesday, September 5, 2007, at 2:00 p.m.** before the Honorable Gregory M. Sleet, United States District Judge, United States Courthouse, Courtroom 4A, 844 N. King Street, Wilmington, DE.

/s/ Gregory M. Sleet
UNITED STATES DISTRICT JUDGE

July 11, 2007