EUGENE J. MAURER, JR., P.A.
ATTORNEYS AT LAW
1201-A KING STREET
WILMINGTON, DELAWARE 19801

(302) 652-7900
FAX (302) 652-2173
EMAIL emaurerl@verizon.net

September 11, 2007

The Honorable Gregory M. Sleet
Chief Judge
United States District
844 North King Street
Lock Box 19
Wilmington, DE 19801

Re: United States v. Ruth Fallis
Docket No. 1:06CR00084-001(GMS)

Dear Judge Sleet:

The above defendant is to be sentenced before Your Honor on September 19, 2007 at 10:30 a.m. This matter has been rescheduled once previously by the defense and once by the Court.

Unfortunately, the current sentencing date falls smack dab in the middle of a first degree murder case which I am trying before Chief Judge Vaughn in the state court. This case is entitled *State of Delaware v. Irina Malinovskaya* and has been tried twice previously without a verdict being reached.

The Fallis sentencing is a little bit complicated and I am anticipating getting something to the court this week on that. I also expect it to be a little bit more time consuming than usual.

I don't expect that Chief Judge Vaughn would be terribly happy about recessing the morning session in the trial so I am, unfortunately, put in the position of requesting a continuance of the Fallis sentencing date. It is anticipated that the homicide trial will conclude by the second week in October.

       I do apologize to the Court and the Government for the further delay here, but I don't feel that I have a whole lot of choice.

                                                    Respectfully yours,

                                                    Eugene J. Maurer, Jr.

EJM:sam

Cc:  Beth Moskow-Schnoll
      Ruth Fallis