

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

Nemours Building  
1007 N. Orange Street, Suite 700  
P.O. Box 2046  
Wilmington, Delaware 19899-2046

(302) 573-6277  
FAX (302) 573-6220

September 12, 2007

The Honorable Gregory M. Sleet  
Chief United States District Judge  
United States District Court  
844 King Street  
Wilmington, DE 19801

Re:   **United States v. Ruth Fallis**
      **Criminal Action No. 06-84-GMS**

Dear Judge Sleet:

The United States is in receipt of Eugene J. Maurer, Jr.'s September 11, 2007 letter requesting a continuance of the sentencing hearing. While the United States does not object to a brief continuance, we would like the Court to be aware that the victim of the case, Perry Scarfo, will be away from September 30, 2007 to October 14, 2007. Mr. Scarfo wishes to be present at the sentencing. Therefore, we respectfully request that, should the sentencing be continued, it be continued to a date after October 14, 2007.

Respectfully submitted,

COLM F. CONNOLLY  
United States Attorney

BY: _____  
Beth Moskow-Schnoll  
Assistant United States Attorney

cc: Eugene J. Maurer, Jr.