IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>RUTH C. FALLIS,<br><br>        Defendant. | Criminal Action No. 06-84-GMS |

**MOTION AND ORDER TO DISMISS**

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Beth Moskow-Schnoll, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court to dismiss Counts 2 through 51 of the Indictment as it relates to the defendant, pursuant to the Memorandum of Plea Agreement dated March 26, 2007.

                                                COLM F. CONNOLLY<br>
                                                United States Attorney

                                             By: _____<br>
                                                  Beth Moskow-Schnoll<br>
                                                  Assistant United States Attorney

Dated: 10/23/07

**IT IS SO ORDERED** this 23rd day of Oct, 2007.

_____
HONORABLE GREGORY M. SLEET
Chief Judge, United States District Court