

U.S. Department of Justice

United States Marshals Service

*Eastern District of North Carolina*

---

Raleigh, NC 27601

May 14, 2018

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
CIVIL ACTION NO. 06-84-001

UNITED STATES OF AMERICA,

        Plaintiff,

v.

                                                     REPORT OF SALE

RUTH FALLIS,
a/k/a "Ruth McCutchin"

        Defendant.

    I, Robert D. Pettit, Acting United States Marshal for the Eastern District of North Carolina, certify that Johnson Properties Realtors & Auctioneers, Inc., sold at public auction on Thursday, May 10, 2018, property located at 2370 Sandfiddler Road, Lot, 3, Block 7, Section 1, Carova Beach Subdivision, Corolla, North Carolina, purchased for $81,000.00 by Robert Gilliam, and John King.

    On May 10, 2018, a 10% deposit of $8,100.00 was delivered to Johnson Properties Realtors & Auctioneers, Inc. The balance of $72,900.00 is to be paid at closing.

    The sale will be final after the Report of Sale is filed with the Court, as directed by the Writ of Execution on Real Property dated April 25, 2017.

    This the 14th day of May, 2018.

                                                      ROBERT D. PETTIT
                                                      ACTING UNITED STATES MARSHAL
                                                      EASTERN DISTRICT OF NORTH CAROLINA