IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | CRIMINAL ACTION NO. 06-84-GMS |
| | : | |
| v. | : | |
| | : | |
| RUTH C. FALLIS, | : | |
| | : | |
| Defendant. | : | |

## MOTION FOR ENTRY OF PROPOSED ORDER FOR DISTRIBUTION OF FUNDS FROM EXECUTION SALE OF REAL PROPERTY

The United States of America, by and through its attorneys, David C. Weiss, United States Attorney for the District of Delaware, and Jennifer K. Welsh, Assistant United States Attorney for the District of Delaware, hereby requests that the Court enter the attached proposed Order regarding distribution of proceeds of the sale of a piece of real estate. The United States hereby avers as follows in support of issuance of the proposed form of Order:

1. Judgment was entered against the Defendant on October 31, 2007, upon her guilty plea to bank fraud and wire fraud in the above-captioned case. Docket Item ("D.I.") 43.

2. Defendant was ordered to pay restitution in the amount of $1,061,726, of which $258,532 was payable to her individual victim, P.S. Id. The defendant still owes $898,970.06 in restitution.

3. The United States filed a Motion seeking a Writ of Execution for a piece of property located at 2370 Sandfiddler Road, Corolla, North Carolina ("the Corolla Property") on

April 20, 2017, and received a Writ from the Court at some point thereafter. (D.I. 66). The defendant was served with a copy of the government's Motion and the Writ on May 15, 2017.

  4. The Corolla Property was owned jointly by defendant and her ex-husband, Matthias Fallis ("M. Fallis"). The government notified M. Fallis of its plans to sell the Corolla property, and M. Fallis and the government arrived at an agreement. See Exhibit 1, signed agreement.

  5. The government and M. Fallis agreed that the Corolla Property could be sold, and that M. Fallis should be repaid first from the proceeds of the sale for the taxes he has paid for the Corolla Property for the last several years to preserve the government's interest. Those taxes totaled $9,873.48. The remainder of the proceeds would then be split between the government (for the victim) and M. Fallis.

  6. The United States Marshals Service ("USMS") in the Eastern District of North Carolina has now sold the property at auction pursuant to the Court's Writ. The property was sold for $72,900.00. See Exhibit 2, HUD-1 form, D.I. 69. A check has now been written out to the Clerk's Office in the District Court for disbursement to the victim. By agreement, money is owed to M. Fallis.

  7. Accordingly, the government requests that the Court order the Clerk's Office to disburse the funds from the sale of the Corolla Property as follows: $41,386.74 to M. Fallis ($9,873.48 plus half of the remaining proceeds, $31,513.26); and $31,513.26 for distribution to the defendant's victims. Having consulted with M. Fallis's counsel, George Brancati, Esquire, M. Fallis wishes for the funds to be paid to Mr. Brancati at the address listed in the proposed order.

WHEREFORE, the United States hereby requests that the Court enter the attached proposed order directing the Clerk to distribute funds per the parties' agreement. A proposed form of Order is attached.

                                                      Respectfully submitted,

                                                      DAVID C. WEISS
                                                      United States Attorney

                                By:    /s/ Jennifer K. Welsh
                                          Jennifer K. Welsh
                                          Assistant U.S. Attorney
                                          U.S. Attorney's Office for the
                                          District of Delaware
                                          1007 N. Orange Street, Suite 700
                                          Wilmington, DE 19801
                                          (302) 573-6286

Dated: June 8, 2018



**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

| | |
|---|---|
| Nemours Building | Tel (302) 573-6277 |
| 1007 N. Orange Street, Suite 700 | Fax (302) 573-6220 |
| P.O. Box 2046 | |
| Wilmington, Delaware 19899-2046 | |

May 3, 2018

VIA Electronic Mail

George A. Brancati
Law Office of George A. Brancati
501 Bellevue Road
Wilmington, DE 19809

Re:   Agreement between United States and Matthias Fallis regarding disbursement of proceeds of sale of property located in Corolla, North Carolina

Dear Mr. Brancati,

This letter memorializes our agreement regarding disbursement of the proceeds from the sale of the property located at Lot 3, Block 7, Section 1, Carova Beach, Currituck County, Corolla, North Carolina 27927 ("the Corolla Property"). As you know, your client Matthias Fallis ("Fallis") has an ownership interest in that property along with his ex-wife, Ruth Fallis. The United States District Court for the District of Delaware has granted the government a Writ of Execution permitting the United States Marshals Service ("USMS") to sell the property at auction or otherwise. The Writ is attached hereto. Currently, the USMS intends to sell the property by auction using a private auctioneer on May 10, 2018. The auctioneer has done advertising in an effort to maximize the sale price. A minimum bid of $60,000 has been set, and the government will be consulted before any bid is accepted.

Fallis has been paying taxes on the Corolla Property for several years, despite the fact that he knew the government would ultimately seize it. Accordingly, we have agreed that your client should be reimbursed for the taxes he has paid out of the proceeds of the sale of the Corolla Property. You have represented to me that the payments were as follows:

2007 - $1,280.02
2008 - $1,280.02
2009 - $1,280.02  *gb*
2010 - $1,280.02
2011 - $1,280.02
2012 - $1,280.02



GOVERNMENT EXHIBIT 1

George Brancati  
May 3, 2018  
Page 2

2013 - $442.32  
2014 - $437.76  
2015 - $437.76  
2016 - $437.76  
2017 - $437.76  

The total amounts paid by Fallis were $9,873.48. The United States agrees that Fallis will be paid that amount out of the proceeds of the sale after all fees have been paid to the auction company and/or the USMS. After the auction company and the USMS have been reimbursed, and after Fallis is paid the $9,873.48, the remainder of the proceeds will be split equally between the United States Government and Fallis.

In exchange, Fallis agrees to relinquish any rights he has in the property, not to dispute the sale of the property, and not to attempt to dispute the issuance of the Writ of Execution in the United States District Court for the District of Delaware. Fallis also agrees to issue a deed in his name to the winning bidder after the auction is completed.

Should the United States learn before proceeds are disbursed that Fallis did not actually pay the tax amounts for the Corolla Property as recited above, this agreement will become void and we will need to come to a new agreement about disbursement.

Please sign below to indicate your agreement with the above terms.

Very truly yours,

DAVID C. WEISS  
United States Attorney

BY: /s/ Jennifer K. Welsh  
Jennifer K. Welsh  
Assistant United States Attorney

Agreed this 3rd day of May, 2018

_____  
George A. Brancati, Esquire  
Counsel for Matthias Fallis

OMB NO. 2502-0265

### A. U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT
### SETTLEMENT STATEMENT

**B. TYPE OF LOAN:**
1. ☐ FHA   2. ☐ FmHA   3. ☐ CONV. UNINS.   4. ☐ VA   5. ☐ CONV. INS.
6. FILE NUMBER: 18B52409
7. LOAN NUMBER:
8. MORTGAGE INS CASE NUMBER:

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "[POC]" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

**D. NAME AND ADDRESS OF BORROWER:**
Robert Gilliam
Jon King
2127 Sandfiddler Road
Corolla, NC 27927

**E. NAME AND ADDRESS OF SELLER:**
United States of America
310 New Bern Ave, Ste. 100
Raleigh, NC 27601

**F. NAME AND ADDRESS OF LENDER:**
Cash

**G. PROPERTY LOCATION:**
2370 Sandfiddler Road
Corolla, NC 27927
Currituck County, North Carolina
Lot 3, Bl. 7, Sec. 1, Carova Beach

**H. SETTLEMENT AGENT:** 56-2162623
Brumsey & Brumsey, PLLC

**PLACE OF SETTLEMENT**
PO Box 100, 2883 Caratoke Hwy
Currituck, NC 27929

**I. SETTLEMENT DATE:** June 7, 2018

| J. SUMMARY OF BORROWER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BORROWER:** | | **400. GROSS AMOUNT DUE TO SELLER:** | |
| 101. Contract Sales Price | 81,000.00 | 401. Contract Sales Price | 81,000.00 |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement Charges to Borrower (Line 1400) | 1,722.22 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| *Adjustments For Items Paid By Seller in advance* | | *Adjustments For Items Paid By Seller in advance* | |
| 106. City/Town Taxes   to | | 406. City/Town Taxes   to | |
| 107. County Taxes   to | | 407. County Taxes   to | |
| 108. Assessments   to | | 408. Assessments   to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. GROSS AMOUNT DUE FROM BORROWER** | 82,722.22 | **420. GROSS AMOUNT DUE TO SELLER** | 81,000.00 |
| **200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER:** | | **500. REDUCTIONS IN AMOUNT DUE TO SELLER:** | |
| 201. Deposit or earnest money | 8,100.00 | 501. Excess Deposit (See Instructions) | |
| 202. Principal Amount of New Loan(s) | | 502. Settlement Charges to Seller (Line 1400) | |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first Mortgage | |
| 205. | | 505. Payoff of second Mortgage | |
| 206. | | 506. Deposit retained by broker | 8,100.00 |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| *Adjustments For Items Unpaid By Seller* | | *Adjustments For Items Unpaid By Seller* | |
| 210. City/Town Taxes   to | | 510. City/Town Taxes   to | |
| 211. County Taxes   to | | 511. County Taxes   to | |
| 212. Assessments   to | | 512. Assessments   to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. TOTAL PAID BY/FOR BORROWER** | 8,100.00 | **520. TOTAL REDUCTION AMOUNT DUE SELLER** | 8,100.00 |
| **300. CASH AT SETTLEMENT FROM/TO BORROWER:** | | **600. CASH AT SETTLEMENT TO/FROM SELLER:** | |
| 301. Gross Amount Due From Borrower (Line 120) | 82,722.22 | 601. Gross Amount Due To Seller (Line 420) | 81,000.00 |
| 302. Less Amount Paid By/For Borrower (Line 220) | ( 8,100.00) | 602. Less Reductions Due Seller (Line 520) | ( 8,100.00) |
| **303. CASH ( X FROM ) ( TO ) BORROWER** | 74,622.22 | **603. CASH ( X TO ) ( FROM ) SELLER** | 72,900.00 |

The undersigned hereby acknowledge receipt of a completed copy of pages 1&2 of this statement & any attachments referred to herein.

Borrower
Robert Gilliam

Jon King

Seller   United States of America
BY:
Name/Title:

GOVERNMENT EXHIBIT 2
CARDELS 800-783-0399

HUD-1 (3-86) RESPA, HB4305.2

## L. SETTLEMENT CHARGES

| | | | PAID FROM BORROWERS FUNDS AT SETTLEMENT | PAID FROM SELLERS FUNDS AT SETTLEMENT |
|---|---|---|---|---|
| **700. TOTAL COMMISSION Based on Price** $ 81,000.00 @ 10.0000 % 8,100.00 | | | | |
| Division of Commission (line 700) as Follows: | | | | |
| 701. $ 8,100.00 to Johnson Properties Realtors & Auctioneers, Inc. | | | | |
| 702. $ to | Less Deposit Retained | 8,100.00 | | |
| 703. Commission Paid at Settlement | | | | |
| 704. to | | | | |
| **800. ITEMS PAYABLE IN CONNECTION WITH LOAN** | | | | |
| 801. Loan Origination Fee   % to | | | | |
| 802. Loan Discount   % to | | | | |
| 803. Appraisal Fee   to | | | | |
| 804. Credit Report   to | | | | |
| 805. Lender's Inspection Fee   to | | | | |
| 806. Mortgage Ins. App. Fee   to | | | | |
| 807. Assumption Fee   to | | | | |
| 808. | | | | |
| 809. | | | | |
| 810. | | | | |
| 811. | | | | |
| **900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | | | |
| 901. Interest From   to   @ $   /day ( days   %) | | | | |
| 902. MIP TotIns. for LifeOfLoan for months to | | | | |
| 903. Hazard Insurance Premium for 1.0 years to | | | | |
| 904. | | | | |
| 905. | | | | |
| **1000. RESERVES DEPOSITED WITH LENDER** | | | | |
| 1001. Hazard Insurance   months @ $   per month | | | | |
| 1002. Mortgage Insurance   months @ $   per month | | | | |
| 1003. City/Town Taxes   months @ $   per month | | | | |
| 1004. County Taxes   months @ $   per month | | | | |
| 1005. Assessments   months @ $   per month | | | | |
| 1006.   months @ $   per month | | | | |
| 1007.   months @ $   per month | | | | |
| 1008.   months @ $   per month | | | | |
| **1100. TITLE CHARGES** | | | | |
| 1101. Settlement or Closing Fee   to Brumsey & Brumsey, PLLC | | | 200.00 | |
| 1102. Abstract or Title Search   to | | | | |
| 1103. Title Examination   to Brumsey & Brumsey, PLLC | | | | |
| 1104. Processing Fee   to Brumsey & Brumsey, PLLC | | | 400.00 | |
| 1105. Document Preparation   to | | | 10.00 | |
| 1106. Notary Fees   to Tracy Jo Jones | | | | |
| 1107. Attorney's Fees   to | | | | |
| (includes above item numbers: ) | | | | |
| 1108. Title Insurance   to Investors Title | | | 114.22 | |
| (includes above item numbers: ) | | | | |
| 1109. Lender's Coverage $ | | | | |
| 1110. Owner's Coverage $ | | | | |
| 1111. Wire Fee | | | | |
| 1112. | | | | |
| 1113. | | | | |
| **1200. GOVERNMENT RECORDING AND TRANSFER CHARGES** | | | | |
| 1201. Recording Fees: Deed $ 26.00 ; Mortgage $   ; Releases $ | | | 26.00 | |
| 1202. City/County Tax/Stamps: Deed   ; Mortgage | | | | |
| 1203. State Tax/Stamps:   Revenue Stamps 162.00; Mortgage | | | 162.00 | |
| 1204. 1% Land Transfer Tax   to Currituck County Register of Deeds | | | 810.00 | |
| 1205. | | | | |
| **1300. ADDITIONAL SETTLEMENT CHARGES** | | | | |
| 1301. Survey   to | | | | |
| 1302. Pest Inspection   to | | | | |
| 1303. Express Mail Fee | | | | |
| 1304. | | | | |
| 1305. | | | | |
| **1400. TOTAL SETTLEMENT CHARGES** (Enter on Lines 103, Section J and 502, Section K) | | | 1,722.22 | |

By signing page 1 of this statement, the signatories acknowledge receipt of a completed copy of page 2 of this two page statement.

Certified to be a true copy.

William Brumsey, III, Settlement Agent

( 18B52409 / 18B52409 / 9 )

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| Plaintiff, : | CRIMINAL ACTION NO. 06-84-GMS |
| : | |
| v. : | |
| : | |
| **RUTH C. FALLIS,** : | |
| : | |
| Defendant. : | |

**PROPOSED ORDER FOR DISTRIBUTION OF FUNDS FROM EXECUTION SALE OF REAL PROPERTY**

This ___ day of _____, on the Motion of the government, IT IS HEREBY ORDERED that the Clerk of Court shall distribute proceeds from the sale of the property located at 2370 Sandfiddler Road, Corolla, North Carolina as follows: $41,386.74 to Matthias Fallis s/o George Brancati, Esquire, 501 Bellevue Road, Wilmington, Delaware 19809; and $31,513.26 for distribution to the defendant's victims pursuant to the Judgment in a Criminal Case.

By the Court,

_____
Honorable Gregory M. Sleet
United States District Court for the
District of Delaware